**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Crim. No. TDC-24-70** |
| **TANOA TANOH,** | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO EXTEND MOTIONS DEADLINE UNTIL**
**AUGUST 29, 2024 AND TO TOLL SPEEDY TRIAL**

Tanoa Tanoh, through undersigned counsel, respectfully requests the Court to continue the current deadline for filing pre-trial motions until August 29, 2024, and to toll the Speedy Trial Act "clock" until that date.   The government consents to Ms. Tanoh's request.   The purpose of the request is to allow the government to produce, and the defendant to review, voluminous discovery. The request will also allow the parties to engage in plea negotiations, and, if needed, to draft and file pre-trial motions.[1]

In support, Ms. Tanoh states as follows:

1.      Ms. Tanoh is charged with one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h).   ECF No. 1.

2.      Ms. Tanoh appeared before this Court for an Initial Appearance on March 15, 2024, ECF No. 7, and she appeared for an arraignment on May 3, 2024.   ECF No. 17.

---

[1] An Initial Status Conference is currently set for July 3, 2024, at 2:30 p.m., after the Court's current deadline for the filing of pre-trial motions of May 31, 2024.

1

3.      On May 6, 2024, this Court issued a scheduling order that, *inter alia*, required the government to produce discovery within 21 days of Ms. Tanoh's arraignment.   ECF No. 20 at 1. Therefore, the government's deadline to produce discovery was May 24, 2024.   *Id.*

4.      The government is working through technological issues with the discovery.   As such, as of today (May 29, 2024), the government has not produced any discovery.   The government has indicated to defense counsel that it anticipates being able to produce discovery soon.   The government's discovery production will be voluminous.   It contains more than one terabyte of data.

5.      Accordingly, the defense will need adequate time to review the discovery and, if necessary, prepare any pre-trial motions.

6.      Additional time will also allow the parties to engage in plea negotiations.   Plea offers in this District are often contingent upon defendants not pursuing pre-trial motions.   As such, an extension of the current deadline for filing motions would facilitate those discussions and promote judicial economy by eliminating the need to draft motions in the event an agreement can be reached.

7.      The undersigned and the government also request that the Court toll the Speedy Trial clock and exclude the period from and including July 5, 2024, through and including August 29, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A).[2]   The ends of justice are served by permitting the parties the requested delay because: discovery has not yet been produced; once discovery is produced, the defense will need to thoroughly review and analyze it to identify and develop any pre-trial motions; and the delay will allow the parties to engage in plea negotiations.

---

[2] On May 6, 2024, this Court entered an order tolling the Speedy Trial clock through and including July 4, 2024.   ECF No. 19.

**WHEREFORE**, Ms. Tanoh and the government jointly request that the Court extend the pre-trial motions deadline and toll the Speedy Trial clock.   Ms. Tanoh requests that motions be due on or before August 29, 2024.

A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District
of Maryland

_____/s/_____
Jonathan Hettleman
Maggie Grace
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
(410) 962-3962 (phone)
(410) 962-0872 (fax)
jonathan_hettleman@fd.org
maggie_grace@fd.org

3